IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARP CORPORATION,<br><br>        Plaintiff,<br><br>  v.<br><br>AU OPTRONICS CORPORATION, et al.,<br><br>        Defendant                    / | No. 03-4244 MMC<br><br>**ORDER RE PLAINTIFF'S MOTION FOR ADMINISTRATIVE RELIEF TO FILE CERTAIN DOCUMENTS UNDER SEAL; DIRECTIONS TO CLERK**<br><br>(Docket No. 500) |

      Before the Court is plaintiff's motion for administrative relief, filed April 22, 2005, to file under seal certain documents offered in opposition to defendants' motion for partial summary judgment.  Specifically, plaintiff seeks to file under seal (1) its memorandum in opposition to defendants' motion for partial summary judgment, and (2) Tabs A through H to the Declaration of Joseph S. Presta.  Plaintiff states that the unredacted versions of the above-referenced documents contain information that has been designated by defendants as confidential.

      Under the Local Rules of this District, where a party seeks to file under seal any material designated as confidential by another party, the submitting party must file a motion for a sealing order.  See Civil L.R. 79-5(d).  "Within five days thereafter, the designating party must file with the Court and serve a declaration establishing that the designated information is sealable, and must lodge and serve a narrowly tailored proposed sealing

1  order, or must withdraw the designation of confidentiality."  Id.  "If the designating party
2  does not file its responsive declaration as required by this subsection, the document or
3  proposed filing will be made part of the public record."  Id.
4      Here, the designating parties, defendants, have not filed a responsive declaration
5  within the time provided under Civil Local Rule 79-5(d).
6      Accordingly, the Clerk of the Court is hereby DIRECTED to file the above-referenced
7  documents submitted by plaintiff in the public record.  See Civil L.R. 79-5(d).
8      **IT IS SO ORDERED.**

10 Dated: May 2, 2005                                 /s/ Maxine M. Chesney
                                                                MAXINE M. CHESNEY
11                                                              United States District Judge