1    ALSCHULER GROSSMAN STEIN & KAHAN LLP
     Vincent K. Yip (No. 170665)
2    vyip@agsk.com
     Terry D. Garnett (No. 151212)
3    tgarnett@agsk.com
     Peter J. Wied (No. 198475)
4    pwied@agsk.com
     Maxwell A. Fox (No. 200016)
5    mfox@agsk.com
     David R. Shraga (No. 229098)
6    dshraga@agsk.com
     The Water Garden
7    1620 26th Street
     Fourth Floor, North Tower
8    Santa Monica, CA  90404-4060
     Telephone:  310-907-1000
9    Facsimile:  310-907-2000

10   Attorneys for Defendants
     AU OPTRONICS CORPORATION, ET AL.
11
                     UNITED STATES DISTRICT COURT
12
                   NORTHERN DISTRICT OF CALIFORNIA
13

14
     SHARP CORPORATION a.k.a. SHARP       CASE NO. C03-04244 MMC (JCS)
15   KABUSHIKI KAISHA,

16                  Plaintiff,

17          vs.                           **DEFENDANTS' MISCELLANEOUS
                                          ADMINISTRATIVE REQUEST TO FILE
18   AU OPTRONICS CORPORATION, AU         DOCUMENTS UNDER SEAL (Civil L.R. 7-
     OPTRONICS CORPORATION                10; Civil L.R. 79-5) AND ORDER**
19   AMERICA, VIEWSONIC
     CORPORATION, BENQ
20   CORPORATION, BENQ AMERICA,
     ENVISION PERIPHERALS INC. d/b/a
21   AOC MONITORS, PROVIEW
     TECHNOLOGY, INC., SCEPTRE
22   TECHNOLOGIES, INC., ACER, INC.,
     AND ACER AMERICA
23   CORPORATION,

24                  Defendants.

25

26

27

28

ALSCHULER                                         Defendants' Misc. Admin. Request
GROSSMAN                                          To File Documents Under Seal
STEIN &                                           Case No. C03-04244 MMC (JCS)
KAHAN LLP

1   **I.      INTRODUCTION**

2            On April 29, 2005, defendants AU Optronics Corporation ("AUO"), AU Optronics

3   Corporation America, ViewSonic Corporation, BenQ Corporation, BenQ America, Envision

4   Peripherals Inc., Proview Technology, Inc., Sceptre Technologies, Inc., Acer, Inc., and Acer

5   America Corporation (collectively, "Defendants") shall file, concurrently with this Miscellaneous

6   Administrative Request, a reply brief in support of their Motion for Partial Summary Judgment

7   ("Reply").  Exhibits A through I to the Declaration of Peter J. Wied in Support of Defendants'

8   Reply in Support of Their Motion for Partial Summary Judgment ("Wied Decl.") contain highly

9   confidential and proprietary information of Defendants.  See Declaration of Peter J. Wied in

10  Support of Defendants' MAR, ¶ 2.  Portions of Defendants' Reply contain references to the

11  information contained in Exhibits A through I to the Wied Declaration.  See Declaration of Peter

12  J. Wied in Support of Defendants' MAR, ¶ 3.  The release of such information to the public

13  would cause harm to Defendants.  See Declaration of Peter J. Wied in Support of Defendants'

14  MAR, ¶ 2.  The parties have previously agreed to treat the parties' confidential and proprietary

15  information under the "Attorneys' Eyes Only" provisions of the Stipulated Protective Order

16  entered in this case on August 9, 2004.

17           In compliance with Civil Local Rule 79-5 of the United States District Court for

18  the Northern District of California, Defendants wish to redact from the public version of their

19  papers only those portions that contain the confidential material.

20           Accordingly, Defendants respectfully request an order from the Court to allow

21  them to file under seal the unredacted versions of the Reply and the Wied Declaration.

22  **II.     ARGUMENT**

23           Under Local Rule 79-5, a document may only be filed under seal upon a showing

24  of good cause.  Exhibits A through I to the Wied Declaration and references to information in

25  those Exhibits in the Reply contain information that is highly confidential and proprietary to

26  Defendants.  The release of such information to the public would cause harm to Defendants.

27           Accordingly, good cause exists to seal references to information that is

28  confidential and proprietary to Defendants.

ALSCHULER
GROSSMAN
STEIN &
KAHAN LLP

2

Defendants' Misc. Admin. Request
To File Documents Under Seal
Case No. C03-04244 MMC (JCS)

1    **III.**    <u>**CONCLUSION**</u>

2            For the foregoing reasons, Defendants respectfully request that the Court enter an

3    order allowing it to file under seal the unredacted versions of the Reply and the Wied Declaration

4    and the Exhibits attached thereto.

5    DATED: April 29, 2005                ALSCHULER GROSSMAN STEIN & KAHAN LLP

6

7                                   By   /s/ Peter J. Wied_____  _____
                                        Peter J. Wied
8                                        Attorneys for Defendant
                                        AU Optronics Corporation, et al.

9

10

11                                   <u>**ORDER**</u>

12

13

14   IT IS SO ORDERED.

15

16   DATED: May 4, 2005                      /s/ Maxine M. Chesney

17                                           Hon. Maxine M. Chesney,
                                             United States District Judget

18

19

20

21

22

23

24

25

26

27

28

ALSCHULER
GROSSMAN
STEIN &
KAHAN LLP
                                3

Defendants' Misc. Admin. Request
To File Documents Under Seal
Case No. C03-04244 MMC (JCS)