ALSCHULER GROSSMAN STEIN & KAHAN LLP
Vincent K. Yip (No. 170665)
vyip@agsk.com
Terry D. Garnett (No. 151212)
tgarnett@agsk.com
Peter J. Wied (No. 198475)
pwied@agsk.com
Maxwell A. Fox (No. 200016)
mfox@agsk.com
David R. Shraga (No. 229098)
dshraga@agsk.com
The Water Garden
1620 26th Street
Fourth Floor, North Tower
Santa Monica, CA  90404-4060
Telephone:  310-907-1000
Facsimile:  310-907-2000

Attorneys for Defendants
AU OPTRONICS CORPORATION, ET AL.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARP CORPORATION a.k.a. SHARP KABUSHIKI KAISHA,<br><br>           Plaintiff,<br><br>     vs.<br><br>AU OPTRONICS CORPORATION, AU OPTRONICS CORPORATION AMERICA, VIEWSONIC CORPORATION, BENQ CORPORATION, BENQ AMERICA, ENVISION PERIPHERALS INC. d/b/a AOC MONITORS, PROVIEW TECHNOLOGY, INC., SCEPTRE TECHNOLOGIES, INC., ACER, INC., AND ACER AMERICA CORPORATION,<br><br>           Defendants. | CASE NO. C03-04244 MMC (JCS)<br><br>**DEFENDANTS' MISCELLANEOUS ADMINISTRATIVE REQUEST TO FILE DOCUMENTS UNDER SEAL (Civil L.R. 7-10; Civil L.R. 79-5) AND [PROPOSED] ORDER**<br><br>Date:<br>Time:<br>Judge:   Hon. Maxine M. Chesney |

ALSCHULER GROSSMAN STEIN & KAHAN LLP

Defendants' Misc. Admin. Request
To File Documents Under Seal
Case No. C03-04244 MMC (JCS)

## I. INTRODUCTION

On April 22, 2005, plaintiff Sharp Corporation ("Sharp") filed its Memorandum in Opposition to Defendants' Motion for Partial Summary Judgment of Noninfringement ("Opposition"). Sharp also concurrently filed a Miscellaneous Administrative Request to file under seal the unredacted version of Sharp's Opposition and Tabs A through H to the Declaration of Joseph S. Presta ("Presta Decl.") in support thereof, on the grounds that the unredacted versions of the above-referenced documents contain or disclose information that had been designated by Defendants as confidential ("Attorneys' Eyes Only"). On May 2, 2005 the Court ordered that the above-referenced documents be filed in the public record on the grounds that the Defendants, as designating party, did not file a responsive declaration as required by Civil Local Rule 79-5(d) establishing that the designated information is sealable (or lodge and serve a narrowly tailored proposed sealing order). However, Sharp's Opposition was largely based on moving papers and exhibits that Defendants had already established were confidential.

Defendants now file this MAR to redress this misunderstanding, request that the unredacted version of Sharp's Opposition and Tabs A through H to the Presta Decl. be filed under seal as was requested in Sharp's own MAR, and provide a supporting declaration to confirm that the designated information is sealable.

## II. ARGUMENT

Defendants' Motion for Partial Summary Judgment was filed on April 8, 2005. Along with that motion Defendants also filed an MAR requesting they be allowed to file an unredacted version of the motion under seal, as well as certain exhibits to the Declaration of David R. Shraga that was filed in support thereof, most notable among which was the infringement report of Sharp's designated expert Dr. Aris K. Silzars, and certain exhibits attached thereto. In their MAR and the supporting Shraga Declaration, Defendants established that portions of their motion and certain supporting exhibits attached to the Shraga Declaration contained references to confidential and proprietary information. The parties have agreed that information of this nature shall be treated as confidential pursuant to the terms of the Stipulated Protective Order entered in this case on August 9, 2004. The Court granted Defendants' MAR on

ALSCHULER
GROSSMAN
STEIN &
KAHAN LLP

2

Defendants' Misc. Admin. Request
To File Documents Under Seal
Case No. C03-04244 MMC (JCS)

1   April 11, 2005.

2   Sharp then filed its Opposition, which was largely based on the confidential
3   information already addressed in Defendants' motion, such as the confidential report of Dr.
4   Silzars.[1]  However, Sharp's MAR did not explain that what the Opposition was based on, directly
5   or indirectly, had already been established by declaration as confidential by Defendants in their
6   original MAR.  This absence of explanation has apparently led to the conclusion that the
7   designated information is not sealable.  Defendants therefore are now filing this MAR and the
8   supporting Declaration of Peter J. Wied to remove any doubt and establish that the unredacted
9   version of Sharp's Opposition and Tabs A through F of the Presta Declaration contain
10  confidential information and are sealable.

11  Under Local Rule 79-5, a document may only be filed under seal upon a showing
12  of good cause.  The unredacted version of Sharp's Opposition and Exhibits A through F to the
13  Presta Declaration contain information that is highly confidential and proprietary to Defendants.
14  The release of such information to the public would cause harm to Defendants.  See Declaration
15  of Peter J. Wied in Support of Defendants' MAR, ¶ 2.  The parties have previously agreed to treat
16  the parties' confidential and proprietary information under the "Attorneys' Eyes Only" provisions
17  of the Stipulated Protective Order.  Accordingly, good cause exists to seal references to
18  information that is confidential and proprietary to Defendants.  In compliance with Civil Local
19  Rule 79-5 of the United States District Court for the Northern District of California, Defendants
20  wish to redact from the public version of Sharp's Opposition and the Presta Declaration only
21  those portions that contain the confidential material.

22  Accordingly, Defendants respectfully request an order from the Court to allow
23  filing under seal of the unredacted versions of Sharp's Opposition and Tabs A through F of the
24  Presta Declaration.

25  **III.    CONCLUSION**

26  For the foregoing reasons, Defendants respectfully request that the Court enter an

---

[1] The Presta Decl. also attached the invalidity report of Defendants' expert Webster Howard and his deposition testimony related thereto (Tabs G and H), neither of which have been designated as confidential by Defendants.

ALSCHULER
GROSSMAN
STEIN &
KAHAN LLP

3

Defendants' Misc. Admin. Request
To File Documents Under Seal
Case No. C03-04244 MMC (JCS)

1  order allowing the filing under seal of the unredacted version of Sharp's Opposition and Tabs A
2  through F of the Presta Declaration.

3  DATED: May 3, 2005                              ALSCHULER GROSSMAN STEIN & KAHAN LLP

                                                  By  /s/ Peter J. Wied
                                                      Peter J. Wied
                                                      Attorneys for Defendant
                                                      AU Optronics Corporation, et al.

## [PROPOSED] ORDER

IT IS SO ORDERED.

DATED: May 4, 2005                                /s/ Maxine M. Chesney
                                                  Hon. Maxine M. Chesney,
                                                  United States District Judget

ALSCHULER
GROSSMAN
STEIN &
KAHAN LLP

4

Defendants' Misc. Admin. Request
To File Documents Under Seal
Case No. C03-04244 MMC (JCS)