ALSCHULER GROSSMAN STEIN & KAHAN LLP
Vincent K. Yip (No. 170665)
vyip@agsk.com
Terry D. Garnett (No. 151212)
tgarnett@agsk.com
Peter J. Wied (No. 198475)
pwied@agsk.com
Maxwell A. Fox (No. 200016)
mfox@agsk.com
The Water Garden
1620 26th Street
Fourth Floor, North Tower
Santa Monica, CA  90404-4060
Telephone:  310-907-1000
Facsimile:  310-907-2000

Attorneys for Defendants
AU OPTRONICS CORPORATION, ET AL.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARP CORPORATION a.k.a. SHARP KABUSHIKI KAISHA,<br><br>Plaintiff,<br><br>vs.<br><br>AU OPTRONICS CORPORATION, AU OPTRONICS CORPORATION AMERICA, VIEWSONIC CORPORATION, BENQ CORPORATION, BENQ AMERICA, ENVISION PERIPHERALS INC. d/b/a AOC MONITORS, PROVIEW TECHNOLOGY, INC., SCEPTRE TECHNOLOGIES, INC., ACER, INC., AND ACER AMERICA CORPORATION,<br><br>Defendants. | CASE NO. C03-04244 MMC (JCS)<br><br>**DEFENDANTS' MISCELLANEOUS ADMINISTRATIVE REQUEST TO FILE DOCUMENTS UNDER SEAL (Civil L.R. 7-10; Civil L.R. 79-5); ORDER THEREON** |

ALSCHULER GROSSMAN STEIN & KAHAN LLP

837746_1.DOC

Defendants' Misc. Admin. Request
To File Documents Under Seal
Case No. C03-04244 MMC (JCS)

## I. INTRODUCTION

On May 6, 2005, defendants AU Optronics Corporation ("AUO"), AU Optronics Corporation America, ViewSonic Corporation, BenQ Corporation, BenQ America, Envision Peripherals Inc., Proview Technology, Inc., Sceptre Technologies, Inc., Acer, Inc., and Acer America Corporation (collectively, "Defendants") shall file, concurrently with this Miscellaneous Administrative Request, two separate Motions for Summary Judgment – one Motion for Partial Summary Judgment relating to non-infringement and invalidity (the "Non-infringement MSJ") and one Motion for Partial Summary Judgment Re Defendant AU Optronics Corporation's Non-U.S. Sales (the "MSJ re Non-U.S. Sales").  Defendants have also filed the Declaration of Sang Dang in support of the Non-infringement MSJ ("Dang Decl.") and the Declaration of Maxwell A. Fox in support of the MSJ re Non-U.S. Sales ("Fox Decl.").

Portions of both the Non-infringement MSJ, the MSJ re Non-U.S. Sales, Exhibits 10-27 and 33-34 to the Dang Decl., and Exhibits 1-3, 7-10, 14-15, 17, and 19-29 to the Fox Decl., contain highly confidential and proprietary information of Defendants.  See Declaration of Peter J. Wied in Support of Defendants' MAR, ¶ 2.  The release of such information to the public would cause harm to Defendants.  See id..  The parties have previously agreed to treat the parties' confidential and proprietary information under the "Attorneys' Eyes Only" provisions of the Stipulated Protective Order entered in this case on August 9, 2004.

In compliance with Civil Local Rule 79-5 of the United States District Court for the Northern District of California, Defendants wish to redact from the public version of their papers only those portions that contain the confidential material.

Accordingly, Defendants respectfully request an order from the Court to allow them to file under seal the unredacted versions of the Non-infringement MSJ, the MSJ re Non-U.S. Sales, the Dang Decl., and the Fox Decl.

## II. ARGUMENT

Under Local Rule 79-5, a document may only be filed under seal upon a showing of good cause.  Portions of the Non-infringement MSJ and the MSJ re Non-U.S. Sales, Exhibits 10-27 and 33-34 to the Dang Decl., and Exhibits 1-3, 7-10, 14-15, 17, and 19-29 to the Fox Decl.,

ALSCHULER GROSSMAN STEIN & KAHAN LLP

837746_1.DOC

2

Defendants' Misc. Admin. Request To File Documents Under Seal Case No. C03-04244 MMC (JCS)

contain information that is highly confidential and proprietary to Defendants.  The release of such information to the public would cause harm to Defendants.

Accordingly, good cause exists to seal references to information that is confidential and proprietary to Defendants.

## III. CONCLUSION

For the foregoing reasons, Defendants respectfully request that the Court enter an order allowing it to file under seal the unredacted versions of the Motion for Partial Summary Judgment, the Declaration of Sang Dang in support thereof, the Proposed Order thereon, the Motion for Partial Summary Judgment Re Defendant AU Optronics Corporation's Non-U.S. Sales, the Declaration of Maxwell A. Fox in support thereof and the Proposed Order thereon.

DATED: May 6, 2005                    ALSCHULER GROSSMAN STEIN & KAHAN LLP

By   /s/ Peter J. Wied
Peter J. Wied
Attorneys for Defendants
AU Optronics Corporation, et al.

## ORDER

IT IS SO ORDERED.

DATED: May 10, 2005                   /s/ Maxine M. Chesney
                                       _____
                                       United States District Judge

ALSCHULER GROSSMAN STEIN & KAHAN LLP

837746_1.DOC                                 3                      Defendants' Misc. Admin. Request
                                                                     To File Documents Under Seal
                                                                     Case No. C03-04244 MMC (JCS)