NICOLE M. TOWNSEND 189655
PILLSBURY WINTHROP SHAW PITTMAN LLP
2475 Hanover Street
Palo Alto, California  94304
Telephone: (650) 233-4500
Facsimile: (650) 233-4545
Email: nicole.townsend@pillsburylaw.com

Attorneys for Plaintiff-Counterclaim Defendant
SHARP CORPORATION

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| SHARP CORPORATION,<br>a.k.a. SHARP KABUSHIKI KAISHA,<br><br>　　　　　　　　　Plaintiff,<br><br>vs.<br><br>AU OPTRONICS CORPORATION, AU OPTRONICS CORPORATION AMERICA, VIEWSONIC CORPORATION, BENQ CORPORATION, BENQ AMERICA, ENVISION PERIPHERALS INC. d/b/a AOC MONITORS, PROVIEW TECHNOLOGY, INC., SCEPTRE TECHNOLOGIES, INC., ACER, INCORPORATED, and ACER AMERICA CORPORATION,<br><br>　　　　　　　　　Defendants.<br><br>AND RELATED COUNTERCLAIMS. | Civil Action No. C03-04244 MMC (JCS)<br><br>**ORDER GRANTING PLAINTIFF-COUNTERCLAIM DEFENDANT SHARP CORPORATION'S MOTION FOR ADMINISTRATIVE RELIEF TO FILE CERTAIN DOCUMENTS UNDER SEAL** |

　　　　Due to the fact that Exhibits 4, 5, and 6 to the Declaration of Brian G. Harris in Support of Sharp Corporation's Memorandum of Points and Authorities in Support of Its Motion for Partial Summary Judgment on Defendants' Counterclaims and Affirmative Defenses of Patent Unenforceability (the "Harris Declaration") contain or disclose information that is designated as

1  "Attorneys' Eyes Only" by Sharp under the terms of the Stipulated Protective Order entered in
2  this action,
3      IT IS HEREBY ORDERED THAT:
4  Sharp Corporation's Motion for Administrative Relief is GRANTED and Sharp Corporation may
5  file the unredacted versions of Exhibits 4, 5, and 6 to the Harris Declaration under seal.

7      Dated: May 11, 2005                                    /s/ Maxine M. Chesney

                                                              _____
                                                              Maxine M. Chesney
                                                              United States District Judge