NICOLE M. TOWNSEND 189655
   nicole.townsend@pillsburylaw.com
PILLSBURY WINTHROP LLP
2475 Hanover Street
Palo Alto, California 94304
Telephone: (650) 233-4500
Facsimile: (650) 233-4545

Attorneys for Plaintiff-Counterclaim Defendant
SHARP CORPORATION

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| SHARP CORPORATION,<br>a.k.a. SHARP KABUSHIKI KAISHA,<br>　　　　　　　　Plaintiff,<br>vs.<br>AU OPTRONICS CORPORATION, AU OPTRONICS CORPORATION AMERICA, VIEWSONIC CORPORATION, BENQ CORPORATION, BENQ AMERICA, ENVISION PERIPHERALS INC. d/b/a AOC MONITORS, PROVIEW TECHNOLOGY, INC., SCEPTRE TECHNOLOGIES, INC., ACER, INCORPORATED, and ACER AMERICA CORPORATION,<br>　　　　　　　　Defendants.<br>AND RELATED COUNTERCLAIMS. | Civil Action No. C03-04244 MMC (JCS)<br><br>**ORDER GRANTING PLAINTIFF-COUNTERCLAIM DEFENDANT SHARP CORPORATION'S MOTION FOR ADMINISTRATIVE RELIEF TO FILE CERTAIN DOCUMENTS UNDER SEAL** |

On May 5, 2005, Plaintiff and Counterclaim Defendant Sharp Corporation ("Sharp") e-filed its Notice of Motion and Motion For Partial Summary Judgment Of Infringement Of The '310 Patent; Memorandum of Points and Authorities ("Sharp's Motion") and the Declaration of Joseph S. Presta (the "Presta Declaration"). Due to the fact that the unredacted version of Sharp's Motion and Exhibits 2 and 4-7 to the Presta Declaration contain information that was designated

as "Attorneys' Eyes Only" by Defendants under the terms of the Stipulated Protective Order entered in this action, IT IS HEREBY ORDERED THAT:

    Sharp's Motion for Administrative Relief is GRANTED and Sharp may file under seal the unredacted versions of Sharp's Motion and Exhibits 2 and 4-7 to the Presta Declaration.

Dated: May 12, 2005           /s/ Maxine M. Chesney

                                           Maxine M. Chesney
                                           United States District Judge