| | |
|---|---|
| 1 | NICOLE M. TOWNSEND 189655 |
| 2 | PILLSBURY WINTHROP SHAW PITTMAN LLP |
|   | 2475 Hanover Street |
| 3 | Palo Alto, California  94304 |
|   | Telephone: (650) 233-4500 |
|   | Facsimile: (650) 233-4545 |
| 4 | Email: nicole.townsend@pillsburylaw.com |
| 5 | Attorneys for Plaintiff-Counterclaim Defendant |
|   | SHARP CORPORATION |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| SHARP CORPORATION,<br>a.k.a. SHARP KABUSHIKI KAISHA,<br><br>        Plaintiff,<br><br>vs.<br><br>AU OPTRONICS CORPORATION, AU OPTRONICS CORPORATION AMERICA, VIEWSONIC CORPORATION, BENQ CORPORATION, BENQ AMERICA, ENVISION PERIPHERALS INC. d/b/a AOC MONITORS, PROVIEW TECHNOLOGY, INC., SCEPTRE TECHNOLOGIES, INC., ACER, INCORPORATED, and ACER AMERICA CORPORATION,<br><br>        Defendants.<br><br>AND RELATED COUNTERCLAIMS. | Civil Action No. C03-04244 MMC (JCS)<br><br>**ORDER GRANTING PLAINTIFF-COUNTERCLAIM DEFENDANT SHARP CORPORATION'S MOTION FOR ADMINISTRATIVE RELIEF TO FILE CERTAIN DOCUMENTS UNDER SEAL** |

Due to the fact that Exhibits 10, 11, 12, 14, 15, 16, 17, 18, 19, 20 and 21 to the Declaration of Anthony A. Dreux in Support of Plaintiff-Counterclaim Defendant Sharp Corporation's Memorandum of Points and Authorities in Support of Its Partial Summary Judgment Motion on Certain Issues of Validity, Laches, and Equitable Estoppel (the "Dreux Declaration") contain or

1  disclose information that is designated as "Attorneys' Eyes Only" or "Confidential" by the parties
2  under the terms of the Stipulated Protective Order entered in this action,
3      IT IS HEREBY ORDERED THAT:
4  Sharp Corporation's Motion for Administrative Relief is GRANTED and Sharp Corporation may
5  file the unredacted versions of Exhibits 10, 11, 12, 14, 15, 16, 17, 18, 19, 20, and 21 to the Dreux
6  Declaration under seal.

Dated: May 12, 2005                                      /s/ Maxine M. Chesney

                                                         Maxine M. Chesney
                                                         United States District Judge