PILLSBURY WINTHROP SHAW PITTMAN LLP
NICOLE M. TOWNSEND 189655
  nicole.townsend@pillsburylaw.com
JULIA S. FERGUSON 216102
  julia.ferguson@pillsburylaw.com
2475 Hanover Street
Palo Alto, California  94304
Telephone: (650) 233-4500
Facsimile: (650) 233-4545

Attorneys for Plaintiff-Counterclaim Defendant
SHARP CORPORATION

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| SHARP CORPORATION, a.k.a. SHARP KABUSHIKI KAISHA, <br><br> Plaintiff, <br><br> vs. <br><br> AU OPTRONICS CORPORATION, AU OPTRONICS CORPORATION AMERICA, VIEWSONIC CORPORATION, BENQ CORPORATION, BENQ AMERICA, ENVISION PERIPHERALS INC. d/b/a AOC MONITORS, PROVIEW TECHNOLOGY, INC., SCEPTRE TECHNOLOGIES, INC., ACER, INCORPORATED, and ACER AMERICA CORPORATION, <br><br> Defendants. <br><br> AND RELATED COUNTERCLAIMS. | Civil Action No. C03-04244 MMC <br><br> **ORDER GRANTING IN PART AND DEFERRING IN PART PLAINTIFF-COUNTERCLAIM DEFENDANT SHARP CORPORATION'S MOTION FOR ADMINISTRATIVE RELIEF TO FILE CERTAIN DOCUMENTS UNDER SEAL** |

The unredacted version of Sharp Corporation's Memorandum of Points and Authorities in Opposition to Defendants' Motion for Partial Summary Judgment Re Defendant AU Optronics Corporation's Non-U.S. Sales ("Sharp's Opposition"), the unredacted version of the Declaration of Brian G. Harris in Support of Sharp Corporation's Memorandum of Points and Authorities in opposition to Defendants' Motion for Partial Summary Judgment Re Defendant AU Optronics

1  Corporation's Non-U.S. Sales (the "Harris Declaration"); Exhibits B-H, P-R, EE, FF, II, JJ, LL-
2  QQ, SS, UU, YY, BBB, and CCC to the Harris Declaration; the Declaration of Allyn D.
3  Strickland in Support of Sharp Corporation's Memorandum of Points and Authorities in
4  Opposition to Defendants' Motion for Partial Summary Judgment Re Defendants AU Optronics
5  Corporation's Non-U.S. Sales (the "Strickland Declaration"); and Exhibits A-D, I, J, L, and M to
6  the Strickland Declaration contain or disclose information that is designated as "Attorneys' Eyes
7  Only" or "Confidential" by the parties under the terms of the Stipulated Protective Order entered
8  in this action.

     Having reviewed the Declaration of Brian G. Harris in Support of Plaintiff-Counterclaim Defendant Sharp Corporation's Motion for Administrative Relief to File Certain Documents Under Seal, and good cause appearing, IT IS HEREBY ORDERED THAT Sharp Corporation's Motion for Administrative Relief is GRANTED in part, and Sharp Corporation may file under seal the unredacted versions of Sharp's Opposition and Exhibits H, FF, YY, and CCC to the Harris Declaration. The motion, to the extent it seeks permission to file under seal the unredacted version of the Harris Declaration, Exhibits B-G, P-R, EE, II, JJ, LL-SS, UU, and BBB to the Harris Declaration, the Strickland Declaration, and Exhibits A-D, I, J, L, M to the Strickland Declaration, remains under submission, pending receipt from defendants of a declaration pursuant to Civil Local 79-5(d).

Dated: May 24, 2005

/s/ Maxine M. Chesney
Maxine M. Chesney
United States District Judge