ALSCHULER GROSSMAN STEIN & KAHAN LLP
Vincent K. Yip (No. 170665)
vyip@agsk.com
Terry D. Garnett (No. 151212)
tgarnett@agsk.com
Peter J. Wied (No. 198475)
pwied@agsk.com
Maxwell A. Fox (No. 200016)
mfox@agsk.com
Sang N. Dang (No. 214558)
sdang@agsk.com
The Water Garden
1620 26th Street
Fourth Floor, North Tower
Santa Monica, CA 90404-4060
Telephone: 310-907-1000
Facsimile: 310-907-2000

Attorneys for Defendants
AU OPTRONICS CORPORATION, ET AL.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARP CORPORATION a.k.a. SHARP KABUSHIKI KAISHA,<br><br>Plaintiff,<br><br>vs.<br><br>AU OPTRONICS CORPORATION, AU OPTRONICS CORPORATION AMERICA, VIEWSONIC CORPORATION, BENQ CORPORATION, BENQ AMERICA, ENVISION PERIPHERALS INC. d/b/a AOC MONITORS, PROVIEW TECHNOLOGY, INC., SCEPTRE TECHNOLOGIES, INC., ACER, INC., AND ACER AMERICA CORPORATION,<br><br>Defendants. | CASE NO. C03-04244 MMC (JCS)<br><br>**DEFENDANTS' MISCELLANEOUS ADMINISTRATIVE REQUEST TO FILE DOCUMENTS UNDER SEAL (Civil L.R. 7-10; Civil L.R. 79-5); ORDER THEREON** |

ALSCHULER GROSSMAN STEIN & KAHAN LLP

839738_1.DOC

Defendants' Misc. Admin. Request
To File Documents Under Seal
Case No. C03-04244 MMC (JCS)

## I. INTRODUCTION

On May 20, 2005, defendants AU Optronics Corporation ("AUO"), AU Optronics Corporation America, ViewSonic Corporation, BenQ Corporation, BenQ America, Envision Peripherals Inc., Proview Technology, Inc., Sceptre Technologies, Inc., Acer, Inc., and Acer America Corporation (collectively, "Defendants") shall file, concurrently with this Miscellaneous Administrative Request, their Opposition to Plaintiff Sharp Corporation's ("Sharp") Motion for Partial Summary Judgment of Infringement of the '310 Patent (the "'310 Opposition"), the Declaration of Sang N. Dang in support thereof ("Dang Decl."), and a [Proposed] Order thereon. In addition, Defendants will file the Declaration of Peter J. Wied in Support of Defendants' Opposition to Sharp's Motion for Partial Summary Judgment That the Structure of Figs. 12-14 and 17 of U.S. Patent No. 5,151,807 is Not Prior Art to Claim 1 of U.S. Patent No. 5,335,102 Under 35 U.S.C. § 102(e) ("Wied Decl.").

Portions of the '310 Opposition, the [Proposed] Order thereon, and Exhibits 4-5 to the Dang Decl. contain highly confidential and proprietary information of Defendants. See Declaration of Sang N. Dang in Support of Defendants' MAR, ¶ 2. The release of such information to the public would cause harm to Defendants. See id. In addition, Exhibit B to the Wied Decl. contains information that Sharp has indicated constitutes highly confidential and proprietary information and that the disclosure of such information would cause harm to Sharp. The parties have previously agreed to treat the parties' confidential and proprietary information under the "Attorneys' Eyes Only" provisions of the Stipulated Protective Order entered in this case on August 9, 2004.

Pursuant to Civil Local Rule 79-5(d), Defendants anticipate that Sharp will e-file a declaration establishing that its designated information is sealable and will lodge a narrowly tailored proposed sealing order within five days of the e-filing of this Motion for Administrative Relief.

In compliance with Civil Local Rule 79-5 of the United States District Court for the Northern District of California, Defendants wish to redact from the public version of their papers only those portions that contain the confidential material.

ALSCHULER GROSSMAN STEIN & KAHAN LLP

839738_1.DOC

2

Defendants' Misc. Admin. Request
To File Documents Under Seal
Case No. C03-04244 MMC (JCS)

1      Accordingly, Defendants respectfully request an order from the Court to allow
2 them to file under seal the unredacted version of the '310 Opposition, the [Proposed] Order
3 thereon, the Dang Decl., and the Wied Decl.

4 **II.     ARGUMENT**

5      Under Local Rule 79-5, a document may only be filed under seal upon a showing
6 of good cause. Portions of the '310 Opposition, the [Proposed] Order thereon, Exhibits 4-5 to the
7 Dang Decl., and Exhibit B to the Wied Decl. contain information that is highly confidential and
8 proprietary to Defendants and/or Sharp. The release of such information to the public would
9 cause harm to Defendants and/or Sharp.

10     Accordingly, good cause exists to seal references to information that is
11 confidential and proprietary to Defendants and/or Sharp.

12 **III.    CONCLUSION**

13     For the foregoing reasons, Defendants respectfully request that the Court enter an
14 order allowing it to file under seal the unredacted version of their Opposition to Sharp's Motion
15 for Partial Summary Judgment of Infringement of the '310 Patent, the Declaration of Sang N.
16 Dang in support thereof and the [Proposed] Order thereon, and the Declaration of Peter J. Wied in
17 Support of Defendants' Opposition to Sharp's Motion for Partial Summary Judgment That the
18 Structure of Figs. 12-14 and 17 of U.S. Patent No. 5,151,807 is Not Prior Art to Claim 1 of U.S.
19 Patent No. 5,335,102 Under 35 U.S.C. § 102(e).

20 DATED: May 20, 2005                ALSCHULER GROSSMAN STEIN & KAHAN LLP

                                      By /S/_____
                                          Sang N. Dang
                                          Attorneys for Defendants
                                          AU Optronics Corporation, et al.

ALSCHULER GROSSMAN STEIN & KAHAN LLP

839738_1.DOC                3                Defendants' Misc. Admin. Request
                                             To File Documents Under Seal
                                             Case No. C03-04244 MMC (JCS)

## **ORDER**

The Clerk of the Court shall file under seal defendants' Opposition to Sharp's Motion for Partial Summary Judgment of Infringement of the '310 Patent, the [Proposed] Order thereon, and the Declaration of Sang N. Dang in support thereof. Defendants' request to file under seal the Declaration of Peter J. Wied is deferred, pending submission from Sharp of a declaration pursuant to Civil Local Rule 79-5(d).

DATED: May 25, 2005                    /s/ Maxine M. Chesney

                                                           United States District Judge

ALSCHULER GROSSMAN STEIN & KAHAN LLP

839738_1.DOC

4

Defendants' Misc. Admin. Request
To File Documents Under Seal
Case No. C03-04244 MMC (JCS)