ALSCHULER GROSSMAN STEIN & KAHAN LLP
Vincent K. Yip (No. 170665)
vyip@agsk.com
Terry D. Garnett (No. 151212)
tgarnett@agsk.com
Peter J. Wied (No. 198475)
pwied@agsk.com
Maxwell A. Fox (No. 200016)
mfox@agsk.com
David R. Shraga (No. 229098)
dshraga@agsk.com
The Water Garden
1620 26th Street
Fourth Floor, North Tower
Santa Monica, CA  90404-4060
Telephone:  310-907-1000
Facsimile:  310-907-2000

Attorneys for Defendants
AU OPTRONICS CORPORATION, ET AL.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARP CORPORATION a.k.a. SHARP KABUSHIKI KAISHA,<br><br>Plaintiff,<br><br>vs.<br><br>AU OPTRONICS CORPORATION, AU OPTRONICS CORPORATION AMERICA, VIEWSONIC CORPORATION, BENQ CORPORATION, BENQ AMERICA, ENVISION PERIPHERALS INC. d/b/a AOC MONITORS, PROVIEW TECHNOLOGY, INC., SCEPTRE TECHNOLOGIES, INC., ACER, INC., AND ACER AMERICA CORPORATION,<br><br>Defendants. | CASE NO. C03-04244 MMC (JCS)<br><br>**DEFENDANTS' MISCELLANEOUS ADMINISTRATIVE REQUEST TO FILE DOCUMENTS UNDER SEAL (Civil L.R. 7-10; Civil L.R. 79-5); ORDER THEREON** |

ALSCHULER
GROSSMAN
STEIN &
KAHAN LLP

Defendants' Misc. Admin. Request
To File Documents Under Seal
Case No. C03-04244 MMC (JCS)

## I. INTRODUCTION

On May 27, 2005, defendants AU Optronics Corporation ("AUO"), AU Optronics Corporation America, ViewSonic Corporation, BenQ Corporation, BenQ America, Envision Peripherals Inc., Proview Technology, Inc., Sceptre Technologies, Inc., Acer, Inc., and Acer America Corporation (collectively, "Defendants") shall file, concurrently with this Miscellaneous Administrative Request, a Reply Brief in Support of Defendants' Motion for Partial Summary Judgment (the "Infringement MSJ Reply"), the Second Declaration of Sang N. Dang in Support of Defendants' Motion for Partial Summary Judgment ("Second Dang Decl."), Defendants' Reply Memorandum in Support of Motion for Partial Summary Judgment re Defendant AU Optronics Corporation's Non-U.S. Sales (the "Non-US Sales MSJ Reply") and the Declaration of Maxwell A. Fox in Support of the Non-US Sales MSJ Reply ("Fox Decl.").

Portions of the Infringement MSJ Reply, exhibits 35 through 39 to the Second Dang. Decl., portions of the Non-US Sales MSJ Reply, and exhibits A through E to the Fox Decl. contain highly confidential and proprietary information of Defendants. See Declaration of David R. Shraga in Support of Defendants' MAR, ¶ 3. The release of such information to the public would cause harm to Defendants. See id. The parties have previously agreed to treat the parties' confidential and proprietary information under the "Attorneys' Eyes Only" provisions of the Stipulated Protective Order entered in this case on August 9, 2004.

In compliance with Civil Local Rule 79-5 of the United States District Court for the Northern District of California, Defendants wish to redact from the public version of their papers only those portions that contain the confidential material.

Accordingly, Defendants respectfully request an order from the Court to allow them to file under seal the unredacted version of the Infringement MSJ Reply, the Second Dang Decl., the Non-US Sales MSJ Reply, and the Fox Decl.

## II. ARGUMENT

Under Local Rule 79-5, a document may only be filed under seal upon a showing of good cause. Portions of the Infringement MSJ Reply, exhibits 35 through 39 to the Second Dang Decl., portions of the Non-US Sales MSJ Reply, and exhibits A through E to the Fox Decl.

ALSCHULER
GROSSMAN
STEIN &
KAHAN LLP

2

Defendants' Misc. Admin. Request
To File Documents Under Seal
Case No. C03-04244 MMC (JCS)

contain information that is highly confidential and proprietary to Defendants. The release of such information to the public would cause harm to Defendants.

Accordingly, good cause exists to seal references to information that is confidential and proprietary to Defendants.

### III. CONCLUSION

For the foregoing reasons, Defendants respectfully request that the Court enter an order allowing it to file under seal the unredacted versions of the Reply Brief in Support of Defendants' Motion for Partial Summary Judgment, the Second Declaration of Sang N. Dang in Support of Defendants' Motion for Partial Summary Judgment, Defendants' Reply Memorandum in Support of Motion for Partial Summary Judgment re Defendant AU Optronics Corporation's Non-U.S. Sales, and the Declaration of Maxwell A. Fox in Support of Defendants' Reply Memorandum in Support of Motion for Partial Summary Judgment re Defendant AU Optronics Corporation's Non-U.S. Sales.

DATED: May 27, 2005         ALSCHULER GROSSMAN STEIN & KAHAN LLP

By   /s/
     David R. Shraga
     Attorneys for Defendants
     AU Optronics Corporation, et al.

### ORDER

IT IS SO ORDERED.

DATED: June 1, 2005         /s/ Maxine M. Chesney
                            United States District Judge

ALSCHULER GROSSMAN STEIN & KAHAN LLP

3

Defendants' Misc. Admin. Request
To File Documents Under Seal
Case No. C03-04244 MMC (JCS)