| | |
|---|---|
| 1 | PILLSBURY WINTHROP SHAW PITTMAN LLP |
| | NICOLE M. TOWNSEND 189655 |
| 2 |   nicole.townsend@pillsburylaw.com |
| | JULIA S. FERGUSON  216102 |
| 3 |   julia.ferguson@pillsburylaw.com |
| | 2475 Hanover Street |
| 4 | Palo Alto, California  94304 |
| | Telephone: (650) 233-4500 |
| 5 | Facsimile: (650) 233-4545 |
| 6 | Attorneys for Plaintiff-Counterclaim Defendant |
| | SHARP CORPORATION |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| SHARP CORPORATION, a.k.a. SHARP KABUSHIKI KAISHA, | Case No. C 03-04244 MMC |
| Plaintiff, | **ORDER ALLOWING SHARP CORPORATION TO USE EQUIPMENT IN THE COURTROOM** |
| vs. | |
| AU OPTRONICS CORPORATION, AU OPTRONICS CORPORATION AMERICA, VIEWSONIC CORPORATION, BENQ CORPORATION, BENQ AMERICA, ENVISION PERIPHERALS INC. d/b/a AOC MONITORS, PROVIEW TECHNOLOGY, INC., SCEPTRE TECHNOLOGIES, INC., ACER, INCORPORATED, and ACER AMERICA CORPORATION, | |
| Defendants. | |
| AND RELATED COUNTERCLAIM. | |

1  IT IS HEREBY ORDERED that counsel for Sharp Corporation be allowed access to
2  Courtroom 7 on the 19th floor of the United States District Court located at 450 Golden Gate
3  Avenue, San Francisco, California, before the hearings on Defendants' and Plaintiff's Motions for
4  Partial Summary Judgment, scheduled for 9:00 a.m. on Friday, June 10, 2005.

5  Sharp Corporation may bring the following equipment and things into Courtroom 7 for the
6  hearing listed above:

7      1.  Laptop computers, projector(s), screen(s);
8      2.  hardboard demonstrative exhibits, easel(s);
9      3.  computer monitors (both assembled and disassembled);
10     4.  tools for use in assembling equipment including screwdriver(s) and wrench(es); and
11     5.  binders, folders and boxes containing these materials.

12 Sharp Corporation shall contact the Court's Deputy Clerk to arrange for access.
13 IT IS SO ORDERED.

14 Dated: June 6, 2005.           /s/  Maxine M. Chesney
15                                      United States District Judge