1  Vincent K. Yip (No. 170665)
   vyip@agsk.com
2  Terry D. Garnett (No. 151212)
   tgarnett@agsk.com
3  Peter J. Wied (No. 198475)
   pwied@agsk.com
4  Maxwell A. Fox (No. 200016)
   mfox@agsk.com
5  David R. Shraga (No. 229098)
   dshraga@agsk.com
6  ALSCHULER GROSSMAN STEIN & KAHAN LLP
   The Water Garden
7  1620 26th Street
   Fourth Floor, North Tower
8  Santa Monica, CA  90404-4060
   Telephone:  310-907-1000
9  Facsimile:  310-907-2000

10 Attorneys for Defendants
   AU OPTRONICS CORPORATION, ET AL.
11
                    UNITED STATES DISTRICT COURT
12
                   NORTHERN DISTRICT OF CALIFORNIA
13

| | |
|---|---|
| SHARP CORPORATION a.k.a. SHARP KABUSHIKI KAISHA, | CASE NO. C03-04244 MMC (JCS) |
| Plaintiff, | |
| vs. | ORDER ALLOWING DEFENDANTS TO USE EQUIPMENT IN COURTROOM |
| AU OPTRONICS CORPORATION, AU OPTRONICS CORPORATION AMERICA, VIEWSONIC CORPORATION, BENQ CORPORATION, BENQ AMERICA, ENVISION PERIPHERALS INC. d/b/a AOC MONITORS, PROVIEW TECHNOLOGY, INC., SCEPTRE TECHNOLOGIES, INC., ACER, INC., AND ACER AMERICA CORPORATION, | |
| Defendants. | |

1   IT IS HEREBY ORDERED that counsel for Defendants AU Optronics Corporation, AU Optronics Corporation America, ViewSonic Corporation, BenQ Corporation, BenQ America, Envision Peripherals, Inc., Proview Technology, Inc., Sceptre Technologies, Inc., Acer Inc., and Acer America Corporation (collectively "Defendants") be permitted access to Courtroom 7 on the 19th floor of the United States District Court located at 450 Golden Gate Avenue, San Francisco, California, prior to the hearings on Defendants' and Plaintiff's Motions for Partial Summary Judgment, currently scheduled for 9:00 a.m. on Friday, June 10, 2005.

Defendants may bring the following equipment and things into Courtroom 7 for the hearing listed above:

1. Laptop computers, projector(s), screen(s);
2. Hardboard demonstrative exhibits, easel(s);
3. Computer monitors (both assembled and disassembled);
4. LCD modules;
5. Tools for use in assembling and disassembling equipment including screwdriver(s) and wrench(es); and
6. Binders, folders and boxes containing these materials.

Defendants shall contact the Court's Deputy Clerk for access.

IT IS SO ORDERED.

DATED:  June 7, 2005            /s/ Maxine M. Chesney
                                UNITED STATES DISTRICT JUDGE