IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARP CORPORATION,<br><br>    Plaintiff,<br><br>v.<br><br>AU OPTRONICS CORPORATION, et al.,<br><br>    Defendants / | No. C 03-4244 MMC JCS<br><br>**ORDER DENYING DEFENDANTS' MOTION FOR ORDER SHORTENING TIME** |

    On May 31, 2005, defendants filed electronically[1] a motion to shorten time on defendants' earlier-filed motion to strike portions of a declaration offered by plaintiff in opposition to a motion for partial summary judgment filed by defendants on May 6, 2005 and scheduled for hearing Friday, June 10, 2005.

    The motion to shorten time is hereby DENIED. At the hearing on June 10, 2005, the Court will address the propriety of the Court's ruling on the merits of the motion for partial summary judgment in advance of the Court's hearing the motion to strike.

    **IT IS SO ORDERED**.

Dated:  June 7, 2005                                                       /s/ Maxine M. Chesney
                                                                           MAXINE M. CHESNEY
                                                                           United States District Judge

---

[1] No chambers copy has been provided.

United States District Court
For the Northern District of California