IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARP CORPORATION,<br><br>            Plaintiff,<br><br>   v.<br><br>AU OPTRONICS CORPORATION, et al.,<br><br>            Defendants<br>_____/ | No. C-03-4244 MMC ARB<br><br>**ORDER DIRECTING DEFENDANTS TO LODGE CHAMBERS COPIES IN COMPLIANCE WITH GENERAL ORDER 45 AND THE COURT'S STANDING ORDERS; NOTICE OF SANCTIONS TO BE IMPOSED IN EVENT OF FURTHER VIOLATIONS** |

   On June 15, 2005, defendants electronically filed their Supplemental Submission on Claim Construction and a declaration in support thereof.  Defendants have violated General Order 45 and the Court's Standing Orders, however, by failing to deliver to the Clerk's Office "no later than noon on the business day following the day that the papers are filed electronically, one paper copy of each document that is filed electronically . . . marked 'Chambers Copy' and . . . clearly marked with the judge's name, case number, and 'Chambers Copy-Do Not File.'"  See General Order 45 § VII.G; see also Standing Orders For Civil Cases Assigned to The Honorable Maxine M. Chesney ¶ 2.  Further, defendants' failure to provide chambers copies of the above-referenced documents makes preparation for the July 1, 2005 hearing unnecessarily burdensome.

   Defendants are hereby ORDERED to comply with General Order 45 and the Court's Standing Orders by immediately submitting chambers copies of the above-referenced

1  document.  Because defendants have been previously advised, in writing, of a similar
2  failure to comply with General Order 45 and the Court's Standing Orders, the Court hereby
3  gives defendants notice that in the event of future failures to comply with the requirement to
4  provide chambers copies of electronically-filed documents, the Court will impose sanctions
5  including the striking from the record any electronically-filed document of which a chambers
6  copy has not been timely provided to the Court.
7      **IT IS SO ORDERED.**
8
9  Dated:  June 22, 2005      /s/ Maxine M. Chesney
    MAXINE M. CHESNEY
10     United States District Judge