IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARP CORPORATION,<br><br>      Plaintiff,<br><br>  v.<br><br>AU OPTRONICS CORPORATION,,<br><br>      Defendant.<br>_____/ | No. C-03-04244 MMC (EDL)<br><br>**ORDER FOLLOWING SETTLEMENT CONFERENCE** |

    Following the settlement conference held on June 24, 2005, plaintiff shall provide defendant with a draft agreement on June 28, 2005. Defendant shall provide comments regarding the draft to plaintiff by June 30, 2005. Attorneys and parties present at the settlement conference held June 24, 2005 shall meet in person on July 1, 2005 in San Francisco to finalize agreement following the hearing before Judge Chesney. In addition, Mr. Tani on behalf of Sharp and Mr. Cheng on behalf of AU Optronics, as well as any other principals needed to finalize the agreement shall attend unless the appearance is excused by Magistrate Judge Laporte and granted telephonic appearance.

    Counsel shall call Magistrate Judge Laporte on June 27, 2005 for update regarding dismissals and issues discussed at the settlement conference.

**IT IS SO ORDERED.**

Dated: June 27, 2005

                                                              *Elizabeth D. Laporte*
                                                           ELIZABETH D. LAPORTE
                                                           United States Magistrate Judge