PILLSBURY WINTHROP SHAW PITTMAN LLP
NICOLE M. TOWNSEND 189655
  nicole.townsend@pillsburylaw.com
JULIA S. FERGUSON  216102
  julia.ferguson@pillsburylaw.com
2475 Hanover Street
Palo Alto, California  94304
Telephone: (650) 233-4500
Facsimile: (650) 233-4545

Attorneys for Plaintiff-Counterclaim Defendant
SHARP CORPORATION

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| SHARP CORPORATION,<br>a.k.a. SHARP KABUSHIKI KAISHA,<br><br>        Plaintiff,<br><br>vs.<br><br>AU OPTRONICS CORPORATION, AU OPTRONICS CORPORATION AMERICA, VIEWSONIC CORPORATION, BENQ CORPORATION, BENQ AMERICA, ENVISION PERIPHERALS INC. d/b/a AOC MONITORS, PROVIEW TECHNOLOGY, INC., SCEPTRE TECHNOLOGIES, INC., ACER, INCORPORATED, and ACER AMERICA CORPORATION,<br><br>        Defendants.<br><br>AND RELATED COUNTERCLAIM. | Case No. C 03-04244 MMC<br><br>**ORDER ALLOWING SHARP CORPORATION TO USE EQUIPMENT IN THE COURTROOM** |

IT IS HEREBY ORDERED that counsel for Sharp Corporation be allowed access to Courtroom 7 on the 19th floor of the United States District Court located at 450 Golden Gate Avenue, San Francisco, California, before the hearings scheduled for 9:00 a.m. on Friday, July 1, 2005 in the above-referenced matter.

Sharp Corporation may bring the following equipment and things into Courtroom 7 for the hearing listed above:

1. Laptop computers, projector(s), screen(s);
2. hardboard demonstrative exhibits, easel(s);
3. computer monitors (both assembled and disassembled);
4. tools for use in assembling equipment including screwdriver(s) and wrench(es); and
5. binders, folders and boxes containing these materials.

Because of an ongoing jury trial in Courtroom 7, in which trial counsel have installed various display systems, counsel are advised to contact the deputy clerk, Tracy Lucero, to determine whether there is adequate space to accommodate plaintiff's requested equipment.

IT IS SO ORDERED.

Dated: June 28, 2005                     /s Maxine M. Chesney
                                         Maxine M. Chesney
                                         United States District Judge