ALSCHULER GROSSMAN STEIN & KAHAN LLP
Vincent K. Yip (No. 170665)
vyip@agsk.com
Terry D. Garnett (No. 151212)
tgarnett@agsk.com
Peter J. Wied (No. 198475)
pwied@agsk.com
Maxwell A. Fox (No. 200016)
mfox@agsk.com
David R. Shraga (No. 229098)
dshraga@agsk.com
The Water Garden
1620 26th Street
Fourth Floor, North Tower
Santa Monica, CA  90404-4060
Telephone:  310-907-1000
Facsimile:  310-907-2000

Attorneys for Defendants
AU OPTRONICS CORPORATION, ET AL.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARP CORPORATION a.k.a. SHARP KABUSHIKI KAISHA,<br><br>Plaintiff,<br><br>vs.<br><br>AU OPTRONICS CORPORATION, AU OPTRONICS CORPORATION AMERICA, VIEWSONIC CORPORATION, BENQ CORPORATION, BENQ AMERICA, ENVISION PERIPHERALS INC. d/b/a AOC MONITORS, PROVIEW TECHNOLOGY, INC., SCEPTRE TECHNOLOGIES, INC., ACER, INC., AND ACER AMERICA CORPORATION,<br><br>Defendants. | CASE NO. C03-04244 MMC (JCS)<br><br>ORDER ALLOWING DEFENDANTS TO USE EQUIPMENT IN THE COURTROOM |

IT IS HEREBY ORDERED that counsel for Defendants AU Optronics Corporation, AU Optronics Corporation America, ViewSonic Corporation, BenQ Corporation, BenQ America, Envision Peripherals, Inc., Proview Technology, Inc., Sceptre Technologies, Inc., Acer Inc., and Acer America Corporation (collectively "Defendants") be permitted access to Courtroom 7 on the 19th floor of the United States District Court located at 450 Golden Gate Avenue, San Francisco, California, prior to the hearings scheduled for 9:00 a.m. on Friday, July 1, 2005 in the above-referenced matter.

Defendants may bring the following equipment and things into Courtroom 7 for the hearing listed above:

1. Laptop computers, projector(s), screen(s);
2. Hardboard demonstrative exhibits, easel(s);
3. Computer monitors (both assembled and disassembled);
4. LCD modules;
5. Tools for use in assembling and disassembling equipment including screwdriver(s) and wrench(es); and
6. Binders, folders and boxes containing these materials.

Because of an ongoing jury trial in Courtroom 7, in which trial counsel have installed various display systems, counsel are advised to contact the deputy clerk, Tracy Lucero, to determine whether there is adequate space to accommodate defendants' requested equipment. IT IS SO ORDERED.

DATED: June 28, 2005        /s/ Maxine M. Chesney
                            UNITED STATES DISTRICT JUDGE

ALSCHULER
GROSSMAN
STEIN &
KAHAN LLP

2

[Proposed] Order Allowing Defendants to Use
Equipment in the Courtroom
Case No. C03-04244 MMC (JCS)