| | |
|---|---|
| NICOLE M. TOWNSEND 189655<br>    nicole.townsend@pillsburylaw.com<br>JULIA S. FERGUSON 216102<br>    julia.ferguson@pillsburylaw.com<br>PILLSBURY WINTHROP SHAW<br>PITTMAN LLP<br>2475 Hanover Street<br>Palo Alto, California 94304<br>Telephone: (650) 233-4500<br>Facsimile: (650) 233-4545<br><br>Attorneys for Plaintiff-Counterclaim Defendant<br>SHARP CORPORATION | TERRY D. GARNETT  151212<br>    tgarnett@agsk.com<br>PETER WIED 198475<br>    pwied@agsk.com<br>ALSCHULER GROSSMAN STEIN &<br>    KAHAN LLP<br>The Water Garden<br>1620 26th Street<br>Fourth Floor, North Tower<br>Santa Monica, CA 90404-4060<br>Telephone:  310-907-1000<br>Facsimile:  310-907-2000<br><br>Attorneys for Defendants<br>AU OPTRONICS CORPORATION, AU OPTRONICS CORPORATION AMERICA, VIEWSONIC CORPORATION, BENQ CORPORATION, BENQ AMERICA, ENVISION PERIPHERALS INC. d/b/a AOC MONITORS, PROVIEW TECHNOLOGY, INC., SCEPTRE TECHNOLOGIES, INC., ACER, INCORPORATED and ACER AMERICA CORPORATION<br><br>and Attorneys for Counterclaim Plaintiffs<br>AU OPTRONICS CORPORATION and AU OPTRONICS CORPORATION AMERICA |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| SHARP CORPORATION,<br>a.k.a. SHARP KABUSHIKI KAISHA,<br><br>              Plaintiff,<br><br>     vs.<br><br>AU OPTRONICS CORPORATION, AU OPTRONICS CORPORATION AMERICA, VIEWSONIC CORPORATION, BENQ CORPORATION, BENQ AMERICA, ENVISION PERIPHERALS INC. d/b/a AOC MONITORS, PROVIEW TECHNOLOGY, INC., SCEPTRE TECHNOLOGIES, INC., ACER, INCORPORATED, and ACER AMERICA CORPORATION,<br><br>              Defendants.<br><br>AND RELATED COUNTERCLAIMS. | Civil Action No. C03-04244 MMC<br><br>**STIPULATED REQUEST FOR ORDER CHANGING TIME** |

1    WHEREAS, Plaintiff-Counterclaim Defendant, SHARP CORPORATION, a.k.a. SHARP KABUSHIKI KAISHA ("Sharp"), and defendants and counterclaimants, AU OPTRONICS CORPORATION, AU OPTRONICS CORPORATION AMERICA, VIEWSONIC CORPORATION, BENQ CORPORATION, BENQ AMERICA, ENVISION PERIPHERALS INC. d/b/a AOC MONITORS, PROVIEW TECHNOLOGY, INC., SCEPTRE TECHNOLOGIES, INC., ACER, INCORPORATED, and ACER AMERICA CORPORATION (collectively "Defendants") are parties to the above-captioned litigation, and

WHEREAS the parties have agreed on the primary terms of a settlement and license agreement, but require additional time to document the agreement, and

WHEREAS the Parties wish to avoid unnecessary trial preparations by the Court and the Parties.

NOW, THEREFORE, IT IS STIPULATED by and between the parties, through their respective counsel, subject to the approval of the Court, that:

All currently pending trial and pretrial dates are extended by two weeks; and

The Court postpone deciding any pending motions (except for this stipulated request) for two weeks; and

//
//
//
//
//
//
//
//
//
//
//
//

1   The pretrial conference scheduled for July 12, 2005 is rescheduled, if necessary,

2   for July 26, 2005; and

3   Trial in this matter, if necessary, will begin on August 8, 2005.

4

5   By:  /s/Adam R. Hess                          By:  /s/ Terry D. Garnett

6   JULIA S. FERGUSON  216102                    VINCENT K. YIP  170665
    PILLSBURY WINTHROP                           TERRY D. GARNETT  151212
7       SHAW PITTMAN LLP                         PETER J. WIED  198475
    2475 Hanover Street                          ALSCHULER GROSSMAN STEIN &
8   Palo Alto, CA  94304                             KAHAN LLP
                                                 The Water Garden
9   GEORGE M. SIRILLA (Admitted *pro hac vice*)  1620 26th Street
    ADAM R. HESS (Admitted *pro hac vice*)       Fourth Floor, North Tower
10  PILLSBURY WINTHROP                           Santa Monica, CA 90404-4060
        SHAW PITTMAN LLP                         Telephone:  310-907-1000
11  1600 Tysons Boulevard                        Facsimile:  310-907-2000
    McLean, VA 22102
12                                               Attorneys for Defendants
    FUSAE NARA (Admitted *pro hac vice*)         AU OPTRONICS CORPORATION, AU
13  PILLSBURY WINTHROP                           OPTRONICS CORPORATION
        SHAW PITTMAN LLP                         AMERICA, VIEWSONIC
14  1540 Broadway                                CORPORATION, BENQ
    New York, NY 10036                           CORPORATION, BENQ AMERICA,
15                                               ENVISION PERIPHERALS INC. d/b/a
    UPDEEP S. GILL (Admitted *pro hac vice*)     AOC MONITORS, PROVIEW
16  JOSEPH S. PRESTA (Admitted *pro hac vice*)   TECHNOLOGY, INC., SCEPTRE
    NIXON & VANDERHYE                            TECHNOLOGIES, INC., ACER,
17  1100 North Glebe Road                        INCORPORATED and ACER AMERICA
    Arlington, VA 22201-4714                     CORPORATION

18  Attorneys for Plaintiff-Counterclaim         and Attorneys for Counterclaim Plaintiffs
    Defendant                                    AU OPTRONICS CORPORATION and
19  SHARP CORPORATION                            AU OPTRONICS CORPORATION
                                                 AMERICA
20  I attest under penalty of perjury that concurrence in the filing of the above Joint

21  Pretrial Statement has been obtained from Adam R. Hess.

22  Dated: July 5, 2005                            /s/ Terry D. Garnett
                                                   Attorneys for Plaintiff-Counterclaim
23                                                 Defendant SHARP CORPORATION

24

25      PURSUANT TO STIPULATION, IT IS SO ORDERED.

26  Dated: July 5, 2005

27                                                 **APPROVED**
                                                   Judge Maxine M. Chesney
28