ALSCHULER GROSSMAN STEIN & KAHAN LLP
Vincent K. Yip (No. 170665)
vyip@agsk.com
Terry D. Garnett (No. 151212)
tgarnett@agsk.com
Peter J. Wied (No. 198475)
pwied@agsk.com
Maxwell A. Fox (No. 200016)
mfox@agsk.com
The Water Garden
1620 26th Street
Fourth Floor, North Tower
Santa Monica, CA  90404-4060
Telephone:  310-907-1000
Facsimile:  310-907-2000

Attorneys for Defendants
AU OPTRONICS CORPORATION, ET AL.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARP CORPORATION a.k.a. SHARP KABUSHIKI KAISHA,<br><br>Plaintiff,<br><br>vs.<br><br>AU OPTRONICS CORPORATION, AU OPTRONICS CORPORATION AMERICA, VIEWSONIC CORPORATION, BENQ CORPORATION, BENQ AMERICA, ENVISION PERIPHERALS INC. d/b/a AOC MONITORS, PROVIEW TECHNOLOGY, INC., SCEPTRE TECHNOLOGIES, INC., ACER, INC., AND ACER AMERICA CORPORATION,<br><br>Defendants. | CASE NO. C03-04244 MMC (JCS)<br><br>**ORDER GRANTING SHARP CORPORATION'S MOTION FOR ADMINISTRATIVE RELIEF TO FILE CERTAIN DOCUMENTS UNDER SEAL (Civil L.R. 7-11; Civil L.R. 79-5)** |

Due to the fact that the following material contain highly confidential information that has been designated by defendants as "Attorneys Eyes Only" under the terms of the Stipulated Protective Order entered in this case:

- Exhibits B, C, and E of the Declaration of Scott J. Pivnick in Support of Sharp Corporation's Motion In Limine 1;
- Portions of Sharp Corporation's Motion In Limine 2;
- Exhibits I-K of the Declaration of Brian G. Harris in Support of Sharp Corporation's Motion In Limine 2;
- Portions of Sharp Corporation's Motion In Limine 3;
- Exhibits A-D of the Declaration of Anthony A. Dreux in Support of Sharp Corporation's Motion In Limine 3;
- Portions of Sharp Corporation's Motion In Limine 4;
- Exhibits A-B of the Declaration of Kevin T. Kramer in Support of Sharp Corporation's Motion In Limine 4.

IT IS HEREBY ORDERED THAT Sharp Corporation's Motion for Administrative Relief to File Certain Documents Under Seal, filed on June 27, 2005, is hereby GRANTED. The Clerk of the Court is directed to file under seal unredacted versions of Sharp Corporation's Motions In Limine 2, 3 and 4, and the aforementioned Exhibits in support of Sharp Corporation's various motions.

DATED: July 6, 2005

/s/ Maxine M. Chesney
UNITED STATES DISTRICT JUDGE

ALSCHULER
GROSSMAN
STEIN &
KAHAN LLP

2

[Proposed] Order Granting Plaintiff's M.A.R.s
to File Certain Documents Under Seal
Case No.: C03-04244 MMC (JCS)