| | |
|---|---|
| NICOLE M. TOWNSEND 189655<br>    nicole.townsend@pillsburylaw.com<br>JULIA S. FERGUSON  216102<br>    julia.ferguson@pillsburylaw.com<br>PILLSBURY WINTHROP SHAW PITTMAN LLP<br>2475 Hanover Street<br>Palo Alto, California  94304<br>Telephone: (650) 233-4500<br>Facsimile: (650) 233-4545<br><br>Attorneys for Plaintiff-Counterclaim Defendant<br>SHARP CORPORATION | TERRY D. GARNETT  151212<br>    terrygarnett@paulhastings.com<br>PETER WIED 198475<br>    peterwied@paulhastings.com<br>PAUL HASTINGS JANOFSKY & WALKER<br>515 South Flower Street, 25th Floor<br>Los Angeles, California 90071-2228<br><br>Telephone:  213-683-6000<br>Facsimile:   213-627-0705<br><br>Attorneys for Defendants<br>AU OPTRONICS CORPORATION, AU OPTRONICS CORPORATION AMERICA, VIEWSONIC CORPORATION, BENQ CORPORATION, BENQ AMERICA, ENVISION PERIPHERALS INC. d/b/a AOC MONITORS, PROVIEW TECHNOLOGY, INC., SCEPTRE TECHNOLOGIES, INC., ACER, INCORPORATED and ACER AMERICA CORPORATION<br><br>and Attorneys for Counterclaim Plaintiffs<br>AU OPTRONICS CORPORATION and AU OPTRONICS CORPORATION AMERICA |

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| SHARP CORPORATION, a.k.a. SHARP KABUSHIKI KAISHA,<br><br>                              Plaintiff,<br><br>       vs.<br><br>AU OPTRONICS CORPORATION, AU OPTRONICS CORPORATION AMERICA, VIEWSONIC CORPORATION, BENQ CORPORATION, BENQ AMERICA, ENVISION PERIPHERALS INC. d/b/a/ AOC MONITORS, PROVIEW TECHNOLOGY, INC., SCEPTRE TECHNOLOGIES, INC., ACER, INCORPORATED, and ACER AMERICAN CORPORATION,<br><br>                              Defendants.<br><br>AND RELATED COUNTERCLAIMS. | Case No. C03-04244 MMC<br><br>**STIPULATION AND ORDER OF DISMISSAL** |

**STIPULATION AND ORDER OF DISMISSAL**

1  Pursuant to Rule 41 of the Federal Rules of Civil Procedure, Plaintiff Sharp Corporation
2  and Defendants AU Optronics Corporation, AU Optronics Corporation America, Viewsonic
3  Corporation, BenQ Corporation, BenQ America Corp., Envision Peripherals Inc. d/b/a/ AOC
4  Monitors, Proview Technology, Inc., Sceptre Technologies, Inc., Acer Incorporated, and Acer
5  America Corporation hereby stipulate to the dismissal of Plaintiff's claims, subject to Section 2(a)
6
7  of the Settlement Agreement dated July 6, 2005 between Sharp Corporation and AU Optronics
8  Corporation, which is incorporated by reference in its entirety herein.  All parties also stipulate to
9  dismissal without prejudice of Defendants' counterclaims.
10  Each party is to bear its own attorneys' fees and expenses.
11  Upon agreement and stipulation of the parties, it is ORDERED that this action shall be,
12  and hereby is DISMISSED as indicated above.
13
14  ENTERED:  This 15 day of   July      , 2005.
15
16  /s/ Maxine M. Chesney
    United States District Judge
17
18
19
20
21
22
23
24
25
26
27
28

2

1  We hereby agree to the entry of this Order and stipulate to the dismissal of this action as
2  indicated above.

Dated: July 14, 2005

By: ___/s/ Julia S. Ferguson_____

JULIA S. FERGUSON  216102
PILLSBURY WINTHROP
   SHAW PITTMAN LLP
2475 Hanover Street
Palo Alto, CA  94304

GEORGE M. SIRILLA (Admitted *pro hac vice*)
ADAM R. HESS (Admitted *pro hac vice*)
PILLSBURY WINTHROP
   SHAW PITTMAN LLP
1600 Tysons Boulevard
McLean, VA 22102

FUSAE NARA (Admitted *pro hac vice*)
PILLSBURY WINTHROP
   SHAW PITTMAN LLP
1540 Broadway
New York, NY 10036

UPDEEP S. GILL (Admitted *pro hac vice*)
JOSEPH S. PRESTA (Admitted *pro hac vice*)
NIXON & VANDERHYE
1100 North Glebe Road
Arlington, VA 22201-4714

Attorneys for Plaintiff-Counterclaim Defendant
SHARP CORPORATION

By: ___/s/ Terry Garnett_____

VINCENT K. YIP  170665
TERRY D. GARNETT  151212
PETER J. WIED  198475
PAUL HASTINGS JANOFSKY &
   WALKER
515 South Flower Street, 25th Floor
Los Angeles, California 90071-2228

Attorneys for Defendants
AU OPTRONICS CORPORATION, AU OPTRONICS CORPORATION AMERICA, VIEWSONIC CORPORATION, BENQ CORPORATION, BENQ AMERICA, ENVISION PERIPHERALS INC. d/b/a AOC MONITORS, PROVIEW TECHNOLOGY, INC., SCEPTRE TECHNOLOGIES, INC., ACER, INCORPORATED and ACER AMERICA CORPORATION

and Attorneys for Counterclaim Plaintiffs AU OPTRONICS CORPORATION and AU OPTRONICS CORPORATION AMERICA

I attest under penalty of perjury that concurrence in the filing of the above Stipulation and Order of Dismissal has been obtained from Terry Garnett.

Dated: July 14 , 2005             /s/ Julia S. Ferguson
                                  Attorneys for Plaintiff-Counterclaim
                                  Defendant SHARP CORPORATION

3